1  LLOYD W. BAKER, ESQ.
   Nevada Bar No.: 6893
2  ALYSSA PIRAINO, ESQ.
   Nevada Bar No.: 14601
3  **LLOYD BAKER INJURY ATTORNEYS**
4  500 S. Eighth Street
   Las Vegas, NV 89101
5  Telephone: (702) 444-2222
   Facsimile: (702) 360-3234
6  Alyssa@855Bakerlaw.com
7  *Attorneys for Plaintiffs*

8
9                    **UNITED STATES DISTRICT COURT**
10                        **DISTRICT OF NEVADA**
11

| | |
|---|---|
| PATRICIA ZAVALA, an individual, | CASE NO. 2:22-cv-1204-JAD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO FILE AMENDED COMPLAINT** |
| GEICO CASUALTY COMPANY, dba GEICO, an entity licensed to do business in Nevada; DOES I through X; and ROE CORPORATIONS, XI through XX, inclusive, | |
| Defendants. | |

Pursuant to FRCP 15, LR 15-1 and LR IA 6-2, Plaintiff Patricia Zavala by and through her attorneys, Lloyd W. Baker, Esq. and Alyssa N. Piraino Esq., of Lloyd Baker Injury Attorneys, together with Defendant GEICO Advantage Insurance Company (erroneously sued as GEICO Casualty Company dba GEICO) by and through their attorneys of record, Jonathan Carlson, Esq. and Henry H. Kim, Esq., of McCormick, Barstow, Sheppard, Wayte & Carruth LLP, hereby stipulate and agree that the caption to this matter should be amended to correctly identify GEICO Advantage Insurance Company as the defendant in this matter, in place of GEICO Casualty Company dba GEICO.

/ / /

The parties further stipulate and agree by and through their attorneys of record, pursuant to FRCP 15, Plaintiff be allowed to file a First Amended Complaint *(attached hereto as **Exhibit A**)*. The parties respectfully request that this Court grant this Stipulation to file a First Amended Complaint, providing leave for the specific purpose of correctly identifying GEICO Advantage Insurance Company as the defendant in this matter.

DATED this 30th day of September 2022.

Respectfully,

| | |
|---|---|
| */s/ Alyssa Piraino* | */s/ Jonathan W. Carlson* |
| **LLOYD BAKER INJURY ATTORNEYS** | **McCormick, Barstow, Sheppard, Wayte & Carruth LLP** |
| LLOYD W. BAKER, ESQ. | Jonathan W. Carlson |
| Nevada Bar No.: 6893 | Frank A. Toddre, II |
| ALYSSA N. PIRAINO, ESQ. | Henry H. Kim |
| Nevada Bar No.: 14601 | henry.kim@mccormickbarstow.com |
| 500 S. Eighth Street | 8337 West Sunset Road, Suite 350 |
| Las Vegas, NV 89101 | Las Vegas, Nevada 89113 |
| Alyssa@855bakerlaw.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that Plaintiff is granted leave to file the First Amended Complaint, which is attached hereto as **Exhibit A**.

DATED this  6th  day of  October , 2022.

IT IS FURTHER ORDERED that the First Amended Complaint must be filed on or before October 13, 2022.

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
                    MAGISTRATE