1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Jonathan W. Carlson
   Nevada Bar No. 10536
3    jonathan.carlson@mccormickbarstow.com
   Henry H. Kim
4  Nevada Bar No. 14390
     henry.kim@mccormickbarstow.com
5  8337 West Sunset Road, Suite 350
   Las Vegas, Nevada 89113
6  Telephone:   (702) 949-1100
   Facsimile:   (702) 949-1101
7
   Attorneys for Defendant GEICO
8  ADVANTAGE INSURANCE COMPANY

9                    UNITED STATES DISTRICT COURT
10                          DISTRICT OF NEVADA
11

| | |
|---|---|
| 12  PATRICIA ZAVALA, an individual, | Case No. 2:22-cv-01204-JAD-VCF |
| 13          Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| 14      v. | |
| 15  GEICO ADVANTAGE INSURANCE COMPANY, an entity licensed to do business in Nevada; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive, | ECF No. 32 |
| 16 | |
| 17          Defendant. | |
| 18 | |

19       IT IS HEREBY STIPULATED between the parties named above, by and through their
20  respective counsel of record, that the above-entitled matter, and any and all claims asserted therein,
21  be dismissed with prejudice.
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Re: Zavala v. GEICO
Case No. 2:22-cv-1204-JAD-VCF

Each party will bear their own costs and attorneys' fees.

Dated: May 11, 2023

LLOYD BAKER INJURY ATTORNEYS

By: _____
Lloyd W. Baker
Nevada Bar No. 6893
Andrew Barton
Nevada Bar No. 12692
500 S. Eighth Street
Las Vegas, NV 89101
Attorney for Plaintiff Patricia Zavala

Dated: May 12, 2023

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____/s/ Jonathan W. Carlson_____
Jonathan W. Carlson
Nevada Bar No. 10536
Henry H. Kim
Nevada Bar No. 14390
Attorneys for Defendant GEICO
ADVANTAGE INSURANCE COMPANY

### ORDER

Based on the parties' stipulation **[ECF No. 32]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 16, 2023